UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:04-cv-00166-H



CHRIS HARDISON, et, al..

   Plaintiffs,

V.

DEPARTMENT OF THE INTERIOR, et, al..

   Defendants

Motion to cause an investigation concerning previous filings by Plaintiffs

Plaintiffs, proceeding Pro Se in the case at bar, hereby asks the court to cause an investigation regarding previous filings made by Plaintiffs.

Plaintiffs were given an order by this court, filed on April 20, 2006, directing Plaintiffs to respond to Defendant's Motion to Dismiss by June 5, 2006. Plaintiffs chose not to respond to the Defendant's Motion because they have already filed a motion in response to this motion on July 8, 2004, under a different case number, which was 4:04-cv-192-H, at #17 on that case docket.

On July 14, 2004, Plaintiffs filed a previous Motion for an investigation because of confusion concerning the case at bar, and another case recently dismissed by this court, case # 4:04-cv-00192-H, in which the defendants subsequently filed a motion to withdraw their previous motion to dismiss.

After this occurred, the case before the court now, was given it's current case number, yet the motion filed by the Plaintiffs in response to the defendant's Motion to dismiss, was not attached to this current case. Plaintiffs have not responded by the June 5th 2006 deadline as directed by the court, because the Plaintiffs were going to rely on the July 8, 2004 response, to be their final pleading.

Today, after talking with the Clerk of Court, Plaintiffs were made aware of the fact that the Plaintiff's response to the Defendant's Motion to dismiss, was not on record for this case, which is why the Plaintiffs ask for this investigation.

The Plaintiffs respectfully asks this court as to why the Plaintiff's response of July 8, 2004, is not part of the record for this case, and how this problem may be remedied.

July 7, 2006

_____
Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this day served a copy of the forgoing "Motion to cause an investigation concerning previous filings by Plaintiffs" upon the person indicated below by U.S. Mail

R. A. Renfer Jr.
Assistant U.S. Attorney
Chief, Civil Division
310 New Bern Ave.
Suite 800, Federal Building
Raleigh N.C 27602-1461

*[signature]*

July 7, 2006