# UNITED STATES DISTRICT COURT

_____ EASTERN _____ DISTRICT OF _____ NORTH CAROLINA _____

CHRIS HARDISON, et al,
   **Plaintiffs**


      **v.**                     **JUDGMENT IN A CIVIL CASE**
                                  **CASE NO. 4:04-CV-166-H2**


DEPARTMENT OF THE INTERIOR,
   **Defendant**


_____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


     IT IS ORDERED AND ADJUDGED this case is dismissed for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

SO ORDERED - s/Malcolm J. Howard, United States District Judge

**This Judgment filed and entered on July 11, 2006 and copies mailed to**:


Chris Hardison
10142 Highway 74 West
Maxton, NC 28364

Kendall Locklear
10142 Highway 74 West
Maxton, NC 28364

Robert Swift Arrow Rose
10142 Highway 74 West
Maxton, NC 28364

Bruce Scott
10142 Highway 74 West
Maxton, NC 28364


| | |
|---|---|
| __July 11, 2006__ | /s/Michael Brooks |
| Date | Acting Clerk of Clerk |